IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

STEVEN BROWN,

           **Plaintiff,**

v.

JEFF BRYANT et al.,

           **Defendants.**

Case No. 25-CV-35-JFH-GLJ

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 9. The Magistrate Judge recommends that this action be dismissed and that the motion for leave to proceed in forma pauperis filed by Plaintiff Steven Brown ("Plaintiff") [Dkt. No. 6] be denied as moot.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, this action is DISMISSED WITHOUT PREJUDICE, the motion for leave to proceed in forma pauperis [Dkt. No. 6], as well as the second motion for leave to proceed in forma pauperis [Dkt. No. 10] are DENIED as moot.

IT IS SO ORDERED this 2nd day of April 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE